IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT DEW, | ) CIVIL DIVISION |
| Plaintiff, | ) No: 11-1226 |
| v. | ) |
| CITY OF PITTSBURGH; NATHAN HARPER, Pittsburgh Bureau of Police; PAUL DONALDSON, Deputy Chief, Pittsburgh Bureau of Police; LT. ED TRAPP; DOUGLAS HUGNEY; OFFICER CONDON, Badge No. 3561; OFFICERS DOE 1-100, | ) U.S. District Judge Nora Barry Fischer<br>) *ELECTRONICALLY FILED*<br>) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

### STIPULATION OF DISMISSAL

AND NOW, come all parties, by and through their respective counsel, and hereby enter into a STIPULATION OF DISMISSAL of all claims of ROBERT DEW against all Defendants, in the above-captioned matter, with prejudice.

Respectfully submitted,

| | |
|---|---|
| RHODES LAW FIRM | MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN |
| BY: *s/ Elmer S. Rhodes, III*<br>ELMER S. RHODES, III, ESQUIRE<br>432 E Idaho STE C-231<br>Kalispell, MT 59901<br>702-353-0627<br>406-755-8335 /fax<br>rhodeslegalwriting@gmail.com | BY: *s/ Paul D. Krepps*<br>PAUL D. KREPPS, ESQUIRE<br>PA ID #73038<br>TERESA O. SIRIANNI, ESQUIRE<br>PA ID #90472<br>MICHAELENE E. WEIMER, ESQUIRE<br>PA ID #308869<br>Attorneys for Defendants<br>US Steel Tower, Suite 2900<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(412) 803-1140<br>(412) 803-1188/fax<br>pdkrepps@mdwcg.com<br>tosirianni@mdwcg.com<br>meweimer@mdwcg.com |

                BY:  *s/ John F. Doherty*
                JOHN F. DOHERTY, ESQUIRE
                PA ID #56418
                DANIEL D. REGAN, ESQUIRE
                PA ID #89141
                Attorneys for Defendant, City of Pittsburgh
                313 City-County Building
                414 Grant Street
                Pittsburgh, PA  15219
                (412) 255-2010
                (412) 255-2285/fax
                John.doherty@city.pittsburgh.pa.us
                Daniel.regan@city.pittsburgh.pa.us

12/1592806.v1