# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT DEW, | ) CIVIL DIVISION |
| Plaintiff, | ) No: 11-1226 |
| v. | ) |
| CITY OF PITTSBURGH; NATHAN HARPER, Pittsburgh Bureau of Police; PAUL DONALDSON, Deputy Chief, Pittsburgh Bureau of Police; LT. ED TRAPP; DOUGLAS HUGNEY; OFFICER CONDON, Badge No. 3561; OFFICERS DOE 1-100, | ) U.S. District Judge Nora Barry Fischer<br>)<br>) *ELECTRONICALLY FILED*<br>)<br>)<br>) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

AND NOW, come all parties, by and through their respective counsel, and hereby enter into a STIPULATION OF DISMISSAL of all claims of ROBERT DEW against all Defendants, in the above-captioned matter, with prejudice.

Respectfully submitted,

| | |
|---|---|
| RHODES LAW FIRM | MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN |
| BY: *s/ Elmer S. Rhodes , III* | BY: *s/ Paul D. Krepps* |
| ELMER S. RHODES, III, ESQUIRE | PAUL D. KREPPS, ESQUIRE |
| 432 E Idaho STE C-231 | PA ID #73038 |
| Kalispell, MT 59901 | TERESA O. SIRIANNI, ESQUIRE |
| 702-353-0627 | PA ID #90472 |
| 406-755-8335 /fax | MICHAELENE E. WEIMER, ESQUIRE |
| rhodeslegalwriting@gmail.com | PA ID #308869 |
| | Attorneys for Defendants |
| | US Steel Tower, Suite 2900 |
| | 600 Grant Street |
| | Pittsburgh, PA 15219 |
| | (412) 803-1140 |
| | (412) 803-1188/fax |
| | pdkrepps@mdwcg.com |
| | tosirianni@mdwcg.com |
| | meweimer@mdwcg.com |

BY: *s/ John F. Doherty*
JOHN F. DOHERTY, ESQUIRE
PA ID #56418
DANIEL D. REGAN, ESQUIRE
PA ID #89141
Attorneys for Defendant, City of Pittsburgh
313 City-County Building
414 Grant Street
Pittsburgh, PA 15219
(412) 255-2010
(412) 255-2285/fax
John.doherty@city.pittsburgh.pa.us
Daniel.regan@city.pittsburgh.pa.us

12/1592806.v1